AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 24 2014

David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-14-2059-M |
| MORALES-FLORES, Alejandro | ) |
| 1955, USC | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/24/2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (9 yrs) 21 U.S.C. 1956(a)(1)(B)(I)&(H) | Conspiracy to money launder by knowingly and intentionally attempting to conduct a financial transaction involving the proceeds of a specified unlawful activity. |

This criminal complaint is based on these facts:

On October 24, 2014, Texas DPS Trooper Miguel Tejada conducted a traffic stop on a white 2003 Freightliner truck tractor bearing Texas LP#1E4-1756 for a traffic violation on U.S. Highway 281/Interstate 69C north of San Manuel, Texas. Trooper Tejada made contact with the driver identified as Alejandro MORALES-FLORES and performed a roadside interview. Trooper Tejada then requested and was granted consent to search the 2003 Freightliner and attached trailer. A search of the 2003 Freightliner resulted in the discovery of three black duffle bags and one Ambercrombie bag containing a large undetermined amount of United States currency. [See Attachment A]

☑ Continued on the attached sheet.

approved by
AUSA K9R

Sworn to before me and signed in my presence.

Date: October 24, 2014
        8:50 am

City and state: McAllen, Texas

Complainant's signature

Steven D. Sorensen/DEA Special Agent
Printed name and title

Judge's signature

Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

ATTACHMENT

The currency was seized and Alejandro MORALES-FLORES was detained and transported to the DEA Office in McAllen, Texas for interviewing.

On same date, SA Steven D. Sorensen as witnessed by Texas DPS Agent Ricardo Huerta advised MORALES-FLORES of his Miranda Rights. MORALES-FLORES stated that he understood his rights and agreed to speak with agents. MORALES-FLORES stated that a subject only known as "Primo" contacted MORALES-FLORES and asked him if he was willing to transport United States currency from Houston, Texas to the Rio Grande Valley, Texas area. MORALES-FLORES agreed to transport the currency and was going to be paid $3,000.00 in United States currency for his services upon arrival. MORALES-FLORES stated that upon arrival to the Rio Grande Valley, Texas area, he was instructed to turn over the currency to an unknown subject. MORALES-FLORES stated that he believed that the currency he was transporting was drug related proceeds.